```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 01395
    MICHELLE L HAYES
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-2334
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 01/13/2004 and was confirmed 03/11/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 12.97% from remaining funds.

The case was paid in full 03/07/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED OTH | 6643.12 | .00 | 3080.33 |
| ECAST SETTLEMENT CORP | UNSECURED | 478.11 | .00 | 62.02 |
| RESURGENT ACQUISITION LL | UNSECURED | 521.71 | .00 | 67.68 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1827.83 | .00 | 237.11 |
| ECAST SETTLEMENT CORP | UNSECURED | 1075.90 | .00 | 139.57 |
| KAY JEWELERS | UNSECURED | 172.55 | .00 | 22.38 |
| MBNA AMERICA | UNSECURED OTH | 5455.00 | .00 | 2529.41 |
| MEMBER SERVICES CENTER | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE C | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ORAL SURGERY | UNSECURED | NOT FILED | .00 | .00 |
| RESURRECTION HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 1384.50 | .00 | 179.60 |
| ECAST SETTLEMENT CORP | NOTICE ONLY | .00 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 210.00 | .00 | 210.00 |
| RESURGENT ACQUISITION LL | UNSECURED | 845.87 | .00 | 109.73 |
| KAY JEWELERS | SECURED NOT I | 402.61 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 522.17 |
| DEBTOR REFUND | REFUND | | | 281.98 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 9,641.98 | |
| PRIORITY | | 210.00 |
| SECURED | | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 01395 MICHELLE L HAYES

```
UNSECURED                                              6,427.83
ADMINISTRATIVE                                         2,200.00
TRUSTEE COMPENSATION                                     522.17
DEBTOR REFUND                                            281.98
                              ----------------   ----------------
TOTALS                               9,641.98            9,641.98
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 06/26/08         _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```